1  JAMES P.C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  JOSE E. CARMONA, ESQ.
   Nevada Bar No. 14494
3  PYATT SILVESTRI
   701 Bridger Avenue, Suite 600
4  Las Vegas, Nevada 89101
   Tel: (702) 383-6000
5  Fax: (702) 477-0088
   jsilvestri@pyattsilvestri.com
6  jcarmona@pyattsilvestri.com

7  Attorneys for Plaintiff,
   *ALLSTATE FIRE AND CASUALTY*
8  *INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KRISTIN WAUGH,<br><br>         Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, a Foreign Company; DOES I through X, inclusive; and ROE CORPORATIONS XI through XV, inclusive,<br><br>         Defendants. | CASE NO.:  2:23-cv-01594-JAD-EJY |

**STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the PARTIES, by and through their respective counsel of record, that this matter shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**IT IS FURTHER STIPULATED AND AGREED** that all hearings, deadlines, trial dates, status checks, or the like, shall be vacated, if set.

DATED this 20th day of December, 2023.

PYATT SILVESTRI
/s/ *Jose E. Carmona*
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
JOSE E. CARMONA, ESQ.
Nevada Bar No. 14494
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
Attorneys for Defendant

DATED this 20th day of December, 2023.

BIGHORN LAW
/s/ *Gregory Caruso*
KIMBALL JONES, ESQ.
Nevada Bar No.: 12982
GREGORY CARUSO, ESQ.
Nevada Bar No. 13086
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Attorneys for Plaintiff

Submitted by:
**PYATT SILVESTRI**

By:   /s/ Jose E. Carmona
        JAMES P. C. SILVESTRI, ESQ.
        Nevada Bar No. 3603
        JOSE E. CARMONA, ESQ.
        Nevada Bar No. 14494
        701 Bridger Avenue, Suite 600
        Las Vegas, Nevada 89101
        Attorneys for Defendant

**ORDER**

Based on the parties' stipulation [ECF No. 14] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 27, 2023

2